DEBORAH KOCHAN (S.B. #152089)
dkochan@kochanstephenson.net
MATHEW STEPHENSON (S.B. #154330)
mstephenson@kochanstephenson.net
**KOCHAN & STEPHENSON**
260 California Street, Suite 803
San Francisco, California  94111
Telephone: (415) 392-6200
Facsimile: (415) 392-6242

Attorneys for Plaintiff
WILLIAM HAMILTON


Tracy Thompson (SBN 88173)
tt@millerlawgroup.com
Adam J. Tullman (SBN 235694)
ajt@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA  94104
Telephone:  (415) 464-4300
Facsimile:  (415) 464-4336

Attorneys for Defendant
RADIOSHACK CORPORATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM HAMILTON,<br><br>                Plaintiff,<br><br>        vs.<br><br>RADIOSHACK CORPORATION and DOES 1 THROUGH 25,<br><br>                Defendants. | Case No.:  C 11-00888 CW<br><br>**[PROPOSED] ORDER AND STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

Due to a scheduling conflict with the currently scheduled date of June 21, 2011, the parties hereby stipulate to a continuance of the Case Management Conference to July 26, 2011 at 2:00 p.m.

Dated:  April 28, 2011                    KOCHAN & STEPHENSON

/s/ Deborah Kochan
_____
Deborah Kochan
Attorneys for Plaintiff


Dated:  April 28, 2011                    MILLER LAW GROUP

/s/ Tracy Thompson
_____
Tracy Thompson
Attorneys for Defendant
RADIOSHACK CORPORATION


IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for June 21, 2011 is continued to July 26, 2011 at 2:00 p.m.

    IT IS SO ORDERED.

Dated:  __**May 2**_____, 2011

_____
Honorable Claudia Wilken
U.S. District Judge