Deborah Kochan (SBN 152089)
  dkochan@kochanstephenson.net
Mathew Stephenson (SBN 154330)
  mstephenson@kochanstephenson.net
KOCHAN & STEPHENSON
260 California Street, Suite 803
San Francisco, CA 94111
Tel. (415) 392-6200
Fax (415) 392-6242

Attorneys for Plaintiff
WILLIAM HAMILTON


Tracy Thompson (SBN 88173)
  tt@millerlawgroup.com
Adam J. Tullman (SBN 235694)
  ajt@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
RADIOSHACK CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HAMILTON,<br><br>            Plaintiff,<br><br>v.<br><br>RADIOSHACK CORPORATION and DOES 1 through 25,<br><br>            Defendant(s). | Case No.: C 11-00888 CW<br><br>**STIPULATION ON MEET AND CONFER EFFORTS REGARDING MAGISTRATE JUDGES AND EXTENSION OF TIME; PROPOSED ORDER THEREON**<br><br>Complaint filed: January 20, 2011 |

At the direction of the Court, the parties have been engaging in a meet and confer regarding proceeding before a magistrate judge. The Court requested that the parties file a consent or declination by today, August 5, 2011. The parties have narrowed the list but require an additional week to complete the meet and confer process. The parties will complete their meet and confer and file the requested form by August 12, 2011, and respectfully request an extension until that time.

Dated: August 5, 2011               KOCHAN & STEPHENSON


By: _____/s/_____
DEBORAH KOCHAN
Attorneys for Plaintiff
WILLIAM HAMILTON


Dated: August 5, 2011               MILLER LAW GROUP
                                    A Professional Corporation


By: _____/s/_____
Tracy Thompson
Attorneys for Defendant
RADIOSHACK CORPORATION

Good cause appearing, the Court grants the parties an additional week to complete the meet and confer process. The parties are to file the consent/declination form by August 12, 2011.

**IT IS SO ORDERED**.

Dated: __August 8__, 2011

By: _____[signature]_____
Claudia Wilken
UNITED STATES DISTRICT JUDGE