IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HAMILTON,<br><br>    Plaintiff,<br><br>  v.<br><br>RADIOSHACK CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 11-00888 CW<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE UPON CONSENT AND SETTING CERTAIN CASE MANAGEMENT DATES |

On July 26, 2011, a case management conference was held in the above-captioned case. Mathew Stephenson appeared for Plaintiff. Tracy Thompson appeared for Defendant.  On August 12, 2011, both parties consented to proceed before a United States Magistrate Judge by executing a consent form. Accordingly,

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 636(c) and Rule 73, Federal Rules of Civil Procedure, the above-captioned case is referred for all further proceedings in the case, including trial, and the entry of a final judgment to Magistrate Judge Beeeler to be heard and considered at the convenience of her calendar.  Counsel shall contact Lashanda Scott, Magistrate Judge Beeler's Courtroom Deputy at (510) 637-3525 to set up a telephonic status conference to confirm dates. Magistrate Judge Beeler will

set a trial date on or about before August 27, 2012.

IT IS FURTHER ORDERED, upon the agreement of counsel, that the following case management dates are set:

Completion of discovery other than from experts: 3/15/2012

Disclosure of identities and reports of expert witnesses: 2/1/2012

Completion of discovery from experts: 3/15/2012

All motions directed to the merits of the case noticed for hearing no later than: 5/31/2012

Dated: 8/16/2011

CLAUDIA WILKEN
United States District Judge

cc: Sue,LB