1  Deborah Kochan (SBN 152089)
     dkochan@kochanstephenson.net
2  Mathew Stephenson (SBN 154330)
     mstephenson@kochanstephenson.net
3  KOCHAN & STEPHENSON
4  260 California Street, Suite 803
   San Francisco, CA  94111
5  Tel. (415) 392-6200
   Fax (415) 392-6242
6
7  Attorneys for Plaintiff
   WILLIAM HAMILTON
8

9  Tracy Thompson (SBN 88173)
     tt@millerlawgroup.com
10 Adam J. Tullman (SBN 235694)
     ajt@millerlawgroup.com
11 MILLER LAW GROUP
12 A Professional Corporation
   111 Sutter Street, Suite 700
13 San Francisco, CA 94104
   Tel. (415) 464-4300
14 Fax (415) 464-4336
15
   Attorneys for Defendant
16 RADIOSHACK CORPORATION

17
18                UNITED STATES DISTRICT COURT
19                NORTHERN DISTRICT OF CALIFORNIA
20

| 21 | WILLIAM HAMILTON, | Case No.: C 11-00888 LB |
|---|---|---|
| 22 | Plaintiff, | **STIPULATION AND [*PROPOSED*] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| 23 | v. | |
| 24 | | |
| 25 | RADIOSHACK CORPORATION and DOES 1 through 25, | |
| 26 | | Complaint filed: January 20, 2011 |
| 27 | Defendant(s). | |
| 28 | | |

1

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C 11-00888 LB**

1  Whereas counsel for Defendant is unavailable on September 29, 2011, the date
2  currently set for a Case Management Conference in the captioned case, and

4  Whereas after consulting with the clerk of the Court, the parties have met and
5  conferred and agreed to a mutually convenient date.

7  The parties, by and through their counsel of record, hereby stipulate to the
8  continuance of the telephone Case Management Conference from September 29, 2011 to
9  **October 13, 2011 at 10:30 am** before the Honorable Laurel Beeler.  Counsel shall contact
10 the courtroom deputy, Lashanda Scott at (510) 637-3525 and provide her with their respective
11 direct dial phone numbers.  The Court will initiate the conference call.

14 Dated: September 20, 2011    KOCHAN & STEPHENSON

16                              By: _____/s/_____
17                                   DEBORAH KOCHAN
                                     Attorneys for Plaintiff
18                                   WILLIAM HAMILTON

19 Dated: September 20, 2011    MILLER LAW GROUP
20                              A Professional Corporation

22                              By: _____/s/_____
                                    Tracy Thompson
23                                  Attorneys for Defendant
24                                  RADIOSHACK CORPORATION

Good cause appearing, the Court grants the parties stipulation to continue the Case Management Conference from September 29, 2011 to **October 13, 2011**.

**IT IS SO ORDERED.**

Dated: __September 23__, 2011          By: _____
                                             Laurel Beeler
                                             UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Laurel Beeler*

4839-0377-2682, v. 1