Deborah Kochan (SBN 152089)
 dkochan@kochanstephenson.net
Mathew Stephenson (SBN 154330)
 mstephenson@kochanstephenson.net
KOCHAN & STEPHENSON
260 California Street, Suite 803
San Francisco, CA 94111
Tel. (415) 392-6200
Fax (415) 392-6242

Attorneys for Plaintiff
WILLIAM HAMILTON


Tracy Thompson (SBN 88173)
 tt@millerlawgroup.com
Adam J. Tullman (SBN 235694)
 ajt@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
RADIOSHACK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HAMILTON, | Case No.: C 11-00888 LB |
| Plaintiff, | **STIPULATION AND [*PROPOSED*] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| RADIOSHACK CORPORATION and DOES 1 through 25, | |
| | Complaint filed: January 20, 2011 |
| Defendant(s). | |

1

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C 11-00888 LB**

1  Whereas counsel for Defendant is unavailable on September 29, 2011, the date
2  currently set for a Case Management Conference in the captioned case, and

4  Whereas after consulting with the clerk of the Court, the parties have met and
5  conferred and agreed to a mutually convenient date.

7  The parties, by and through their counsel of record, hereby stipulate to the
8  continuance of the telephone Case Management Conference from September 29, 2011 to
9  **October 13, 2011 at 10:30 am** before the Honorable Laurel Beeler. Counsel shall contact
10 the courtroom deputy, Lashanda Scott at (510) 637-3525 and provide her with their respective
11 direct dial phone numbers. The Court will initiate the conference call.

14 Dated: September 20, 2011                KOCHAN & STEPHENSON

16                                          By: _____/s/_____
17                                          DEBORAH KOCHAN
                                            Attorneys for Plaintiff
18                                          WILLIAM HAMILTON

19 Dated: September 20, 2011                MILLER LAW GROUP
20                                          A Professional Corporation

22                                          By: _____/s/_____
                                            Tracy Thompson
23                                          Attorneys for Defendant
24                                          RADIOSHACK CORPORATION

Good cause appearing, the Court grants the parties stipulation to continue the Case Management Conference from September 29, 2011 to **October 13, 2011**.

**IT IS SO ORDERED.**

Dated: __September 23__, 2011       By: _____
                                    Laurel Beeler
                                    UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Laurel Beeler*

4839-0377-2682, v. 1

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA