UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| WILLIAM HAMILTON, | No. C 11-00888 LB |
| Plaintiff, | **ORDER CONTINUING CMC** |
| v. | |
| RADIOSHACK CORPORATION, *et al.*, | |
| Defendants. | |

Plaintiff William Hamilton and Defendant RadioShack Corporation filed an updated statement in which the parties asked the court to continue the case management conference set for January 12, 2012 to a date after their mediation session, which is scheduled for February 2, 2012. Joint Case Management Statement, ECF No. 36 at 4. Given the parties' representations, the court **CONTINUES** the case management conference from January 12, 2012 to February 23, 2012.

**IT IS SO ORDERED.**

Dated: January 9, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-00888 LB
ORDER CONTINUING CMC