**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| WILLIAM HAMILTON, | No. C 11-00888 LB |
| Plaintiff, | **ORDER RE PLAINTIFF'S 2/17/2012 DISCOVERY LETTER** |
| v. | |
| RADIOSHACK CORPORATION, *et al.*, | [ECF No.39] |
| Defendants. | |
| _____/ | |

On February 17, 2012, Plaintiff William Hamilton filed a discovery letter that raised issues regarding a dispute regarding a deposition. Plaintiff's 2/17/2012 Discovery Letter, ECF No. 39 at 1. The letter does not comply with the procedures set forth in the court's standing order because it is not a joint letter. Also, the letter is four pages in what appears to be a cramped singled-spaced 10-point font. *Cf.* N.D. Cal. L.R. 3-4(c)(2) ("Printed text, produced on a word processor or other computer, may be proportionally spaced, provided the type may not be smaller than 12-point standard font (e.g., Times New Roman)."). Additionally, the letter requests sanctions but does not comply with the district's Civil Local Rule 7-8. Accordingly, the court **DENIES** Plaintiff's request without prejudice. This disposes of ECF No. 39.

The parties appear to be having difficulty conferring to finalize their discovery issues. The court's joint letter process enables the court to more efficiently address the parties' discovery disputes. At the same time, the court appreciates that the parties want to avail themselves of the already-scheduled case management conference. Thus, to facilitate the parties' finalizing their joint

1  letter, the court orders the following. The parties may elect one of the following options: (a) submit
2  a joint letter by noon on February 22, 2012, and the court will address it at the February 23, 2012
3  case management hearing; (b) continue the case management conference by one week and submit a
4  joint letter by February 27, 2012 at noon; or (c) keep the February 23, 2012 case management
5  conference, and the court will address any joint discovery letter once it is received. If the parties
6  elect either option a or option b, they must advise the court by noon on February 21, 2012, or else
7  option c will be the default.

**IT IS SO ORDERED.**

Dated: February 17, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-00888 LB
ORDER RE DISCOVERY LETTER          2