UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| WILLIAM HAMILTON, | No. C 11-00888 LB |
| Plaintiff, | **ORDER RE 3/28/2012 DISCOVERY LETTER** |
| v. | |
| RADIOSHACK CORPORATION, *et al.*, | [ECF No. 53] |
| Defendants. | |

On March 28, 2012, Plaintiff William Hamilton filed a discovery letter in which he requested a telephonic conference call so that the court could provide the parties with guidance as to whether future meet-and-confer sessions should be audiotaped. ECF No. 53 at 1. Plaintiff explained that Defendant RadioShack Corporation refused to authorize the filing of a joint discovery letter. *Id.* This is the second time that Plaintiff has filed a single-party discovery letter. *See* Order, ECF No. 41 at 1. The parties are warned that a failure to comply with the court's standing order may result in sanctions. Furthermore, if the parties are unable to coordinate meet-and-confer sessions that result in joint discovery letters, the court will order the parties to meet in the court's jury room at the court's convenience.

The court **DENIES** Plaintiff's request without prejudice. The court also **SETS** a telephonic case management conference for April 5, 2012 at 11:00 a.m. to discuss procedures going forward. The court will initiate the call using direct dial numbers that the parties shall provide by the parties to courtroom deputy Lashanda Scott at 415-522-3140.

C 11-00888 LB
ORDER RE DISCOVERY LETTER

1   This disposes of ECF No. 53.

2   **IT IS SO ORDERED.**

3   Dated: April 3, 2012

4   _____
    LAUREL BEELER
    United States Magistrate Judge