UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| WILLIAM HAMILTON, | No. C 11-00888 LB |
| Plaintiff, | **ORDER** |
| v. | [ECF No. 42] |
| RADIOSHACK CORPORATION, *et al.*, | |
| Defendants. | |

The parties seem to have a hard time agreeing about anything including whether a joint discovery letter can be finalized and filed. *See, e.g.*, ECF No. 67. To facilitate presentation of issues going forward, the court prepared a chart to allow raising of scheduling issues, discovery issues, and other issues. There are separate sections for each. The party raising an issue goes first. The party responding goes next. Each party gets one more round of it. Then each party gets one section with their proposed compromise (if any).

To the extent that there is a discovery issue, the chart should be part of the letter brief and should comply with the page limits in the court's standing order (meaning, no more than five pages). All disputes require an in-person meet and confer. The parties' position statements may not be more than 250 words per issue. A more complicated legal standard may be set forth in a legal standards section of a brief and preferably should be a joint legal standard. The position statement should not repeat the legal standards but instead should focus the specific issue. The parties' documents and and legal authorities supporting their positions are limited to five items each per issue.

1  The parties should follow this procedure for all future disputes including those to be addressed at
2 the telephonic conference now set for Friday, June 8, 2012, at 10:30 a.m. Any submissions should
3 be filed and the chart should be emailed in word processible form to the court's orders box at
4 lbpo@cand.uscourts.gov. The court will email a word processible version to counsel's email of
5 record. The parties should submit their chart by 9:30 a.m. on Friday, June 8, 2012.

6 **IT IS SO ORDERED.**

7 Dated: June 7, 2012

                LAUREL BEELER
8                 United States Magistrate Judge

**Parties' Issues Charts in *Hamilton v. Radioshack Corp., No. C 11-0888 LB***

| Issue | Short Statement of Party's Position | Evidence and Legal Authorities Supporting Party's Position |
|---|---|---|
| ***Scheduling Issues*** | | |
| | | |
| | | |
| | | |
| | | |
| ***Discovery Issues*** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| ***Other Issues*** | | |
| | | |
| | | |
| | | |
| | | |

**Parties' Issues Charts in *Hamilton v. Radioshack Corp., No. C 11-0888 LB***

| Issue | Short Statement of Party's Position | Evidence and Legal Authorities Supporting Party's Position |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

DATED: Respectfully submitted,

_____
TRACY THOMSON
Attorneys for Defendant


_____
MATTHEW STEPHENSON
Attorney for Plaintiff