1
2
3
4
5
6
7
8

UNITED STATES  DISTRICT COURT

9

Northern District of California

10

San Francisco Division

11

WILLIAM HAMILTON,                                    No. C 11-00888 LB

12

                        Plaintiff,                   **ORDER**

13

            v.                                       [ECF No. 42]

RADIOSHACK CORPORATION, *et al.*,

14

                        Defendants.

15

_____/

16      The parties seem to have a hard time agreeing about anything including whether a joint

17 discovery letter can be finalized and filed.  *See, e.g.*, ECF No. 67.  To facilitate presentation of issues

18 going forward, the court prepared a chart to allow raising of scheduling issues, discovery issues, and

19 other issues.  There are separate sections for each.  The party raising an issue goes first.  The party

20 responding goes next.  Each party gets one more round of it.  Then each party gets one section with

21 their proposed compromise (if any).

22      To the extent that there is a discovery issue, the chart should be part of the letter brief and should

23 comply with the page limits in the court's standing order (meaning, no more than five pages).  All

24 disputes require an in-person meet and confer.  The parties' position statements may not be more

25 than 250 words per issue.  A more complicated legal standard may be set forth in a legal standards

26 section of a brief and preferably should be a joint legal standard.  The position statement should not

27 repeat the legal standards but instead should focus the specific issue.  The parties' documents and

28 and legal authorities supporting their positions are limited to five items each per issue.

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1   The parties should follow this procedure for all future disputes including those to be addressed at

2   the telephonic conference now set for Friday, June 8, 2012, at 10:30 a.m.  Any submissions should

3   be filed and the chart should be emailed in word processible form to the court's orders box at

4   lbpo@cand.uscourts.gov.  The court will email a word processible version to counsel's email of

5   record.  The parties should submit their chart by 9:30 a.m. on Friday, June 8, 2012.

6   **IT IS SO ORDERED.**

7   Dated: June 7, 2012

    _____
    LAUREL BEELER
8   United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

**Parties' Issues Charts in** *Hamilton v. Radioshack Corp., No. C 11-0888 LB*

| Issue | Short Statement of Party's Position | Evidence and Legal Authorities Supporting Party's Position |
|---|---|---|
| *Scheduling Issues* | | |
| | | |
| | | |
| | | |
| | | |
| *Discovery Issues* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *Other Issues* | | |
| | | |
| | | |
| | | |
| | | |

**Parties' Issues Charts in *Hamilton v. Radioshack Corp., No. C 11-0888 LB***

| Issue | Short Statement of Party's Position | Evidence and Legal Authorities Supporting Party's Position |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

DATED:                                                    Respectfully submitted,


_____
TRACY THOMSON
Attorneys for Defendant


_____
MATTHEW STEPHENSON
Attorney for Plaintiff