UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Oakland Division

| | |
|---|---|
| WILLIAM HAMILTON,<br><br>    Plaintiff,<br><br>    v.<br><br>RADIOSHACK CORPORATION, *et al.*,<br><br>    Defendants.<br>_____/ | No. CV11-00888 LB<br><br>**ORDER SETTING NEW DEADLINES, DENYING SUMMARY JUDGMENT MOTION AND EX PARTE APPLICATION, AND REFERRING CASE FOR SETTLEMENT CONFERENCE**<br><br>ECF Nos. 62 and 67 |

## I. SCHEDULING

On June 8, 2012, the court reset the motions and trial dates as follows: summary judgment and sanctions motion to be heard on August 2, 2012 and jury trial set for September 24, 2012. All dates and deadlines are on the chart on the next page. At the hearing, the court also extended fact discovery (and related expert discovery) to reflect that Ms. Ocampo has not been deposed and to allow resolution of the existing discovery disputes. Otherwise, discovery is closed. The court expects that the parties will work out timing issues.

In light of the changes and the possible need to file an amended summary judgment motion that includes a statement of undisputed facts and addresses any new facts from the outstanding discovery, the court denies the summary judgment motion at ECF No. 62 without prejudice. If Radioshack nonetheless wants to file the same summary judgment motion, it may do so by filing a single-page document incorporating by reference the prior motion and supporting declarations and

containing no other argument or submissions. If its revised motion includes new information, RadioShack shall file entirely new filings and shall not incorporate by reference any parts of any previously filed declarations. Put another way, either RadioShack may rely on what it has filed or it must file anew.

The court will review the parties' outstanding discovery letter at ECF No. 70 and issue an order or set any further hearing shortly. Going forward, the parties should review the court's discovery procedures order issued on June 7, 2012. ECF No. 70 does not comply with those procedures.

The parties also asked the court to address the admissibility of complaints about Mr. Aybef. The parties shall file a joint letter brief of up to 6 pages no later than July 26, 2012. If the parties cannot agree on a joint letter, then they may file a 5-page letter that has these sections: first 2 pages are Plaintiff's arguments for admissibility, the second two pages are Defendant's arguments against admissibility, and the final page is Plaintiff's optional reply. If the parties cannot establish a working schedule to finalize this letter, they may follow this one: (1) 7/16/12: Plaintiff sends its 2 pages to RadioShack; (2) 7/23/2012: Radioshack returns its 2 pages to Plaintiff; and (3) 7/26/2012: Plaintiff files letter that may include its optional reply.

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Last day to file motions | 6/28/2012 |
| Oppositions due | 7/12/2012 |
| Optional Reply | 7/19/2012 |
| Joint Letter Brief on In Limine Issue Due | 7/26/2012 |
| Hearing date for summary judgment and sanctions motions | 8/2/2012 at 11 a.m. |
| Hearing on In Limine Issue | 8/16/2012 at 11 a.m. |
| Meet and confer re pretrial filings | 8/14/2012 |
| Pretrial filings due | 8/23/2012 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 8/30/2012 |
| Final Pretrial Conference | 9/13/2012, at 10:30 a.m. |
| Trial | 9/24/2012, at 8:30 a.m. |
| Length of Trial | 5 days |

## II. ALTERNATIVE DISPUTE RESOLUTION

The court refers this matter for a mandatory settlement conference to take place as soon after August 2, 2012 as the settlement judge's calendar allows.

## III. CONCLUSION

The court issues these new dates, denies the summary judgment motion without prejudice, and refers the matter to a settlement judge. The court also denies the ex parte discovery motion filed at ECF No. 67 without prejudice for failure to comply with the court's discovery procedures. This disposes of ECF Nos. 62 and 67.

**IT IS SO ORDERED**.

Dated: June 11, 2012

_____
LAUREL BEELER
United States Magistrate Judge