UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco

| | |
|---|---|
| WILLIAM HAMILTON, | No. CV11-00888 LB |
| Plaintiff, | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| v. | |
| RADIOSHACK CORPORATION, *et al.*, | |
| Defendants. | |

The court previously referred this matter for a mandatory settlement conference to take place after August 2, 2012. *See* ECF No. 72. On reflection, the court believes that the settlement conference need not be delayed until after August 2, 2012 and leaves it to Magistrate Judge Nathanael Cousins to schedule the settlement conference sooner if his schedule permits it.

The court also directed the parties to file a joint letter brief addressing the admissibility of complaints against Mr. Aybef. The deadline was no later than July 26, 2012. Given that the parties advised the court that the issue is relevant to settlement, the court directs the filing of that letter one week before the settlement conference.

**IT IS SO ORDERED**.

Dated: June 11, 2012

_____
LAUREL BEELER
United States Magistrate Judge

ORDER
CV11-00888 LB