UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| WILLIAM HAMILTON,<br><br>    Plaintiff,<br>  v.<br>RADIOSHACK CORPORATION, *et al.*,<br>    Defendants.<br>_____/ | No. C 11-00888 LB<br><br>**ORDER** |

Following a case management conference, the parties agreed, and the court ordered, that the summary judgment motion will be heard on September 6, 2012, which changes the filing date for the motion to 35 days before that date.

Radioshack will provide remaining document discovery as soon as it can but in no event later than Tuesday, July 3, 2012. Plaintiff then will consult with their expert to see what the time period will be to complete the expert report. That should happen by July 5, 2012. Plaintiff shall advise Radioshack's counsel about the time period. The parties then shall examine their remaining deadlines and try to work out any disagreements. If they can agree, they should submit a joint statement to the court with their dates. If they cannot, they should submit a joint statement to the court with their disagreements about the dates. The statement shall contain only facts (and not, for example, criticisms of the other side).

The court sets a further telephonic Case Management Conference for July 5, 2012, at 10:30 a.m. If that is not enough time to resolve the issues, the court will specially set the matter on calendar on

1 Friday, July 6, 2012. The parties should advise courtroom deputy Lashanda Scott at 415-522-3140
2 if they need that extra time. Also, the parties should advise the court about how they want to address
3 the motion in limine issue. Previously, the court scheduled that hearing after the summary judgment
4 hearing on August 5, 2012. The parties are advised that they will be participating in a settlement
5 conference to take place, so they need to decide on the timing now because the court will not have a
6 trial until the parties participate in a meaningful settlement conference.

**IT IS SO ORDERED.**

Dated: July 2, 2012

_____
LAUREL BEELER
United States Magistrate Judge