UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| WILLIAM HAMILTON, | No. C 11-00888 LB |
| Plaintiff, | **ORDER** |
| v. | |
| RADIOSHACK CORPORATION, *et al.*, | |
| Defendants. | |

In its order filed July 2, 2012, the court ordered the parties to file an update about their scheduling issues. *See* ECF No. 84. That order also set a case management conference that since has been re-set to Tuesday, July 10, 2012, at 1:30 p.m. The parties should provide their update no later than Monday, July 9, 2012, at 2 p.m. If that timing is too ambitious, then the parties should contact courtroom deputy Lashanda Scott and reschedule the case management conference to a time that allows them to file the update at least 24 hours before the hearing. The court will not have a hearing without the update, and failure to file one will result in the court's vacating the July 10 hearing date.

**IT IS SO ORDERED.**

Dated: July 6, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-00888 LB
ORDER