1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**For the Northern District of California**

8          UNITED STATES  DISTRICT COURT

9              Northern District of California

10                 San Francisco Division

11   WILLIAM HAMILTON,                              No. C 11-00888 LB

12                  Plaintiff,                      **ORDER**

         v.
13
     RADIOSHACK CORPORATION, *et al.*,
14
                    Defendants.
15   _____/

16        In its order filed July 2, 2012, the court ordered the parties to file an update about their

17   scheduling issues.  *See* ECF No. 84.  That order also set a case management conference that since

18   has been re-set to Tuesday, July 10, 2012, at 1:30 p.m.  The parties should provide their update no

19   later than Monday, July 9, 2012, at 2 p.m.   If that timing is too ambitious, then the parties should

20   contact courtroom deputy Lashanda Scott and reschedule the case management conference to a time

21   that allows them to file the update at least 24 hours before the hearing.  The court will not have a

22   hearing without the update, and failure to file one will result in the court's vacating the July 10

23   hearing date.

24        **IT IS SO ORDERED.**

25   Dated: July 6, 2012                            _____

26                                                  LAUREL BEELER
                                                    United States Magistrate Judge
27

28

C 11-00888 LB
ORDER