UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| WILLIAM HAMILTON, | No. C 11-00888 LB |
| Plaintiff, | **ORDER** |
| v. | [ECF No. 70] |
| RADIOSHACK CORPORATION, *et al.*, | |
| Defendants. | |

The parties are submitting a joint letter brief on July 26, 2012 about the admissibility of complaints against Mr. Aybef. The process for the content of that brief is set forth in the court's order at ECF No. 72.

The court issues this order to mention that there could be threshold issues of admissibility but there also may be Rule 403 issues of juror confusion and the mini/side trial issues that the court mentioned in earlier case management conferences. To the extent that Plaintiff's counsel can be as specific as possible about what they want to use, the court will be in a better position to offer an earlier advisory opinion on a likely *in limine* ruling. But if Plaintiff cannot, it may be harder to make a call now (as opposed to in the context of a proper in limine motion at the pretrial conference).

**IT IS SO ORDERED.**

Dated: July 24, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-00888 LB
ORDER